IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-827-FDW-DCK

| | |
|---|---|
| ADVANTACLEAN SYSTEMS, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| VARNER'S RESTORATION INC., and<br>BRAD VARNER, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Nicholas H. Lee, concerning Frank J. Sciremammano, on December 5, 2023. Frank J. Sciremammano seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Frank J. Sciremammano is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 5, 2023

David C. Keesler
United States Magistrate Judge